

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2022

No. 04-20-00141-CV

Christopher **MANGO**,
Appellant

v.

Jan **JARZABEK**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2020CV00731
Honorable David J. Rodriguez, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the trial court's judgment is VACATED and the case is DISMISSED. *See* TEX. R. APP. P. 42.3. All other pending motions are DISMISSED AS MOOT.

It is ORDERED that no costs are assessed because appellant is indigent. *See id.* R. 20.1.

It is so **ORDERED** on April 20, 2022.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2022.

_____
Michael A. Cruz, Clerk of Court